## UNITED STATES
### v.
## ELISHA HARRINGTON

### 1808

#### Journal Entries

1. Rule for recognizance . . . . . . . . *Journal, infra,* *p. 179
2. Plea; sentence . . . . . . . . . . . . " 209
3. Rule for execution . . . . . . . . . . " 245

#### Papers in File

1. Indictment . . . . . . . . . . . . . . . .
2. Warrant . . . . . . . . . . . . . . . .
3. Memorandum of fees . . . . . . . . . . . .